**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

February 17, 2000

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0630
FAX: (301) 344-0629

\_\_\_\_FILED  \_\_\_\_ENTERED
\_\_\_\_LODGED  \_\_\_\_RECEIVED

FEB 1 7 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

Joseph B. Tetrault, Esquire
Prisoner Rights Information System
 of Maryland, Inc.
100 Church Alley at Lawyers Row
Chestertown MD 21620

Glenn Bell, Esquire
Maryland Attorney General's Office
200 St Paul Place - 19th Floor
Baltimore MD 21202

    Re:    <u>Dominic Newsome #207045 v. Richard Lanham, et al.</u>
            Civil No. AMD 97-3294

Dear Counsel:

    This case has been rescheduled for a three day jury trial to begin at **10:00 a.m.** on **April 11, 2000**, in Courtroom 3A. Not later than March 21, 2000, counsel for Plaintiff is to submit a final pretrial order, and <u>joint</u> proposed voir dire and jury instructions. Also by that date each party must submit 1) proposed voir dire and jury instructions on which agreement could not be reached, which must be supported by appropriate authority, and 2) any motions in limine to which the time requirements of Federal Rule of Civil Procedure 26(a)(3) do not apply. After I review these documents, I will schedule a telephone pretrial conference, if necessary.

    Requests for jury instructions should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions. Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

    Counsel should report to the courtroom at 9:30 a.m. on the first day of trial. At that time, counsel must provide the court with a copy of each non-impeachment exhibit which counsel intends to offer, pre-numbered as required by Local Rules 106.7 and 107.5.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

    Sincerely,

    Jillyn K. Schulze
    United States Magistrate Judge

cc: Judge André M. Davis

